No. 68820.—Reliance International Mfg., Ltd. v. United States, protests 59/32185, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic feeders and water fountains similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.   As to certain of the entries, the protests, having been abandoned, were dismissed.

BEFORE THE FIRST DIVISION, OCTOBER 14, 1964

No. 68821.—Raymor Mfg. Division, Inc. v. United States, protest 63/4081 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of wall-hung furniture similar in all material respects to that the subject of Fabry Associates, Inc. v. United States (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiff was sustained.